AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

07 JAN 26 PM 2:17

WESTERN     DISTRICT OF     MICHIGAN

## APPEARANCE

FRANK W. GOLVER v. CLIENT SERVICES, INC. ET AL

Case Number: 1:07 CV-081

Richard Alan Enslen
Senior, U.S. District Judge

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for
    PLAINTIFF, FRANK W. GLOVER

    I certify that I am admitted to practice in this court.

| 1/26/2007 | *Curtis C. Warner* (signature) |
|---|---|
| Date | Signature |
| | CURTIS C. WARNER     P59915 |
| | Print Name     Bar Number |
| | 200 N. DEARBORN ST. STE. #4406 |
| | Address |
| | CHICAGO     IL     60601 |
| | City     State     Zip Code |
| | (312) 238-9820     (312) 638-9139 |
| | Phone Number     Fax Number |