**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

FRANK W. GLOVER,

    Plaintiff,

    v.

CLIENT SERVICES, INC., and
JOHN DOE a/k/a "MR. WEST"
a/k/a "DAVID WEST",

    Defendants.
_____/

Case No. 1:07-CV-081

Hon. Richard Alan Enslen

**ORDER**

    **IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File an Amended Complaint (Dkt. No. 6) is **GRANTED**.

DATED in Kalamazoo, MI:
        , 2007        _____
                              RICHARD ALAN ENSLEN
                              SENIOR UNITED STATES DISTRICT JUDGE