UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:07-cv-00081-RAE | 3/21/2007 | 9:00 a.m. - 9:20 a.m. | Grand Rapids | Ellen S. Carmody |

### CASE CAPTION

| Plaintiff(s): | Defendant(s): |
|---|---|
| Frank W. Glover | Client Services, Inc., et al. |

### APPEARANCES

| Attorney: | Representing: |
|---|---|
| Curtis Charles Warner | Plaintiff(s) |
| Elizabeth C. Jolliffe | Defendant(s) |

### PROCEEDINGS

**NATURE OF HEARING:** Rule 16 Scheduling Conference held; parties will consent to jurisdiction of magistrate judge; Case Management Order to issue.

Recorder and tape number(s): Not Recorded

Deputy Clerk: C. Hosner