# United States District Court
# Western District of Michigan
# Southern Division

FRANK W. GLOVER

v.

CLIENT SERVICES, INC., et al.

**NOTICE**

CASE NO. 1:07-cv-00081

TYPE OF CASE:

    __X__ CIVIL          ____ CRIMINAL

__X__ TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

**Please note: This proceeding will be held in Grand Rapids.**

PLACE
Federal Building
110 Michigan St., N.W.
Grand Rapids, MI 49503

ROOM NO.
Courtroom 401

DATE AND TIME
May 3, 2007 at 11:00 a.m.

TYPE OF PROCEEDING

Hearing on:
Plaintiff's Motion to Amend the Complaint (Dkt. 7)

ELLEN S. CARMODY
United States Magistrate Judge

DATE: March 29, 2007

/s/ Cynthia Black Hosner
By: Cynthia Black Hosner, Deputy Clerk

TO: All counsel of record

BRIEFS IN OPPOSITION TO MOTIONS MUST BE FILED WITHIN W.D. MICH. LCivR 7.2 or 7.3. IF NO OPPOSITION IS FILED, THE MOTION MAY BE DISPOSED OF AND THE HEARING MAY BE CANCELED WITHOUT FURTHER NOTICE TO THE PARTIES.