# EXHIBIT 1



**CLARK HILL**
PLC
ATTORNEYS AT LAW

500 Woodward Avenue
Suite 3500
Detroit, Michigan 48226-3435
Tel. (313) 965-8300 ⬛ Fax (313) 965-8252
www.clarkhill.com

Elizabeth C. Jolliffe
Phone: (313) 965-8812
E-Mail: ejolliffe@clarkhill.com

March 20, 2007

Curtis Warner
Warner Law Firm, LLC
200 N. Dearborn St., Suite 4406
Chicago, Illinois 60601

Re:  **Glover v Client Services, Inc.**

Dear Mr. Warner:

Enclosed is a disk containing a copy of all of the recordings in Client Services, Inc.'s possession.

Please contact me if you have any questions.

Sincerely,

Clark Hill PLC

Elizabeth C. Jolliffe

ECJ:kd
Enclosure

5415916

/Rapids, Michigan