# EXHIBIT 2

**WARNER LAW FIRM, LLC**
200 N. Dearborn St. Suite 4406
Chicago, Illinois 60601
(312) 238-9820 (TEL) * (312) 638-9139 (FAX)
www.warnerlawllc.com

March 23, 2007

BY FAX & E-MAIL                                                                                          RULE 37 LETTER
Elizabeth C. Jolliffe
CLARK HILL PLC
500 Woodward, Suite 3500
Detroit, Michigan 48266
ejolliffe@clarkhill.com
(313) 965-8252 (FAX)

      Re:    Glover v. Client Services, Inc. et al
               07-CV-81 (W.D. Mich.)

Dear Ms. Jolliffe:

      Yesterday I received your March 20, 2007 letter stating, "Enclosed is a disk containing a copy of all the recordings in Client Services, Inc.'s possession."

      Defendants' initial disclosure is incomplete for, at the minimum, the following reasons:

1. Mr. West's October 10, 2006, phone call specifically references a phone call he made to a third party concerning Plaintiff;

2. The October 10, 2006, phone call by Mr. West seems not to be a complete recording of the phone call;

3. The November 1, 2006, phone call to Plaintiff seems not to be a complete recording of the phone call; and

4. During one of our conversations, you informed me that Mr. West had personally spoke with Plaintiff's counsel, Mr. Whitehead, however no such phone call was produced.

      Please promptly provide me with these phone calls in total. Also, if there are any additional phone calls not produced, please provide those also.

                                                                       Regards,

                                                                       Curtis C. Warner