# EXHIBIT 6



ATTORNEYS AT LAW

500 Woodward Avenue
Suite 3500
Detroit, Michigan 48226-3435
Tel. (313) 965-8300 ∎ Fax (313) 965-8252
www.clarkhill.com

Elizabeth C. Jolliffe
Phone: (313) 965-8812
E-Mail: ejolliffe@clarkhill.com

April 6, 2007

Curtis Warner
Warner Law Firm, LLC
200 N. Dearborn St., Suite 4406
Chicago, Illinois 60601

    Re:  **Glover v Client Services, Inc.**

Dear Mr. Warner:

    Please accept the following as Client Services, Inc.'s written response to the following four questions in your Rule 37 Letter dated March 23, 2007, confirming the conversation you and I had on March 28, 2007.

1.   Q    Mr. West's October 10, 2006, phone call specifically references a phone call he made to a third party concerning plaintiff;

      A.    Mr. West says he contacted the county. In the normal course of business, CSI's representatives attempt to determine the consumer's ability to pay by investigating their assets. The county office, where Mr. Glover resides, would have been able to verify whether or not Mr. Glover owned his property.

2.   Q    The October 10, 2006, phone call by Mr. West seems not to be a complete recording of the phone call;

      A.    The October 10, 2006 telephone call is complete. After Mr. Glover gave the telephone number for his representative, it appears he hung up. Although Mr. West requested a contact name, Mr. Glover provided no further information beyond the telephone number.

3.   Q    The November 1, 2006, phone call to Plaintiff seems not to be a complete recording of the phone call; and

      A.    The November 1, 2006 telephone call to the Plaintiff is complete.

CLARK HILL PLC

Curtis Warner
April 6, 2007
Page 2

4.   Q   During one of our conversations, you informed me that Mr. West had personally spoke [sic] with Plaintiff's counsel, Mr. Whitehead, however no such phone call was produced.

A.   CSI has no record of any conversation between Mr. West and Mr. Whitehead.

Sincerely,

Clark Hill PLC

Elizabeth C. Jolliffe

ECJ:kd

5424558.1 28246/114506