UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANK W. GLOVER,

        Plaintiff,

vs.

CLIENT SERVICES, INC., and JOHN DOE
a/k/a "MR. WEST" a/k/a "DAVID WEST,"

        Defendants.

Case No. 1:07cv081
Magistrate Judge Ellen S. Carmody

### CLIENT SERVICES INC.'S OFFER OF JUDGMENT

In exchange for a dismissal with prejudice of Defendant Ken Hart, Defendant Client Services, Inc., by its attorneys, Clark Hill, PLC, pursuant to Fed. R. Civ. P. 68, hereby offers to stipulate to judgment for Plaintiff Frank Glover in the total amount of Twelve Thousand ($12,000) Dollars, and the amount shall be paid on or before December 17, 2007. This amount resolves and includes all damages, costs and attorney fees.

Respectfully submitted,

CLARK HILL PLC

By: _____
Elizabeth C. Jolliffe (P42712)
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226-3435
(313) 965-8300
Attorneys For Defendants

Date: November 30, 2007

5400253.1 28246/114506

## PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon counsel of record for all parties in the above cause at their respective addresses disclosed on the pleadings this 30th day of March, 2007.

By: ~~U.S.~~ Mail e
\_\_\_\_ Hand Delivered
\_\_\_\_ Facsimile
\_\_\_\_ Overnight Mail

Elizabeth C. Jolliffe